*Receipt # 11091139   12/27/10*
*KB*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: Cynthia Watson     BK: 05-11622 B

UNCLAIMED FUNDS

The funds belonging to the estate of the debtor named above, having been disbursed in accordance with applicable orders entered in the said case excepting the individual listed herein:
REFUND CHECK # 15141 FOR $ 1.25
Mailed to: CYNTHIA WATSON
PO BOX 721, BUFFALO, NY 12209-0721  and it
APPEARING that more than ninety (90) days have elapsed since the final notices

For the said case, it is
Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 1.25 IN CHECK # 15307
Representing unclaimed funds.

DATED: 12-16-2010

_____
ALBERT J. MOGAVERO
TRUSTEE



FILED DEC 27 2010
BANKRUPTCY COURT
BUFFALO, N.Y.